107 F.3d 870
 NOTICE: Sixth Circuit Rule 24(c) states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Sixth Circuit.
John Jay HOOKER, Jr., Plaintiff-Appellant,
v.
Charles W. BURSON, in his official capacity as Tennessee
Attorney General and Reporter; Riley Darnell, in his
official capacity as Tennessee Secretary of State; Brook
Thompson, in his official capacity as Coordinator of the
Division of Elections, Tennessee Secretary of State's
Office; Penny J. White, in her official capacity as
Associate Justice of the Tennessee Supreme Court and
individually as a candidate for Associate Judge of the
Tennessee Supreme Court; William H.D. Fones, in his
official capacity as Chief Judge of the Special Tennessee
Supreme Court; Martha S.L. Black, in her official capacity
as Associate Judge of the Special Tennessee Supreme Court;
Lyn S. Howard, in her official capacity as Associate Judge
of the Special Tennessee Supreme Court; A.C. Wharton, in
his official capacity as Associate Judge of the Special
Tennessee Supreme Court; S. Morris Hadden, in his official
capacity as Associate Judge of the Special Tennessee Supreme
Court, Defendants-Appellees.
 No. 96-6030.
 United States Court of Appeals, Sixth Circuit.
 Feb. 12, 1997.
 
 Before: MARTIN, Chief Judge; ENGEL and COLE, Circuit Judges.
 PER CURIAM.
 
 
 1
 This is an appeal from a denial of a preliminary injunction that would have prohibited state officials from conducting the August 1, 1996 election of a judge of the Tennessee Supreme Court on an uncontested retention basis.
 
 
 2
 While many other issues have been raised, the sole question before us is whether the denial of a preliminary injunction constituted an abuse of discretion. We find that it did not.
 
 
 3
 ACCORDINGLY, the judgment of the district court is affirmed.